# Misha Paltiyevich

| | |
|---|---|
| **From:** | Nang Ngo <nngo@nalexenergy.com> |
| **Sent:** | Monday, May 2, 2022 10:33 AM |
| **To:** | team@deal-energy.com; Bunkers |
| **Cc:** | operation@lauritzenbulkers.dk; legal@j-l.com |
| **Subject:** | RE: RE: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel |

Hi Lucas/Mathias:

Well received below. We will instruct Amspec to test sample #1191919 for Al+Sil only final and binding per supplier terms. Pictures will be taken before and after of seal break. I will send the pictures and results to you in approx. 10 hours soon as they are ready.



Nang Ngo

nngo@nalexenergy.com
ICE: Nngo1
713.960.6656 OFFICE
832.461.7889 MOBILE

Nalex Energy, LLC
4265 San Felipe St. 1100
Houston, TX 77027

All offers are basis seller's GT&C's

---

**From:** Deal Energy Team <team@deal-energy.com>
**Sent:** Monday, May 2, 2022 9:43 AM
**To:** Nang Ngo <nngo@nalexenergy.com>; Bunkers <Bunkers@nalexenergy.com>
**Cc:** operation@lauritzenbulkers.dk; legal@j-l.com
**Subject:** Re: RE: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi Nang,

Thank you for your last

Do note that delays to the vessel because of delay in sample testing will not be for Buyers' account.

As to the test results being final and binding, we can deal with same as per the supply contract terms.

Please confirm the necessary instructions have been provided to the lab.


Best regards

**Lucas Volkinsfeld**
Bunker Manager

**DeaL ENERGY A/S**

- As agents only

DeaL Energy A/S
15, Tuborg Havnevej • 2900 Hellerup • Denmark
Tel: + 45 3396 8027 • Mobile: + 45 2840 7653
E-mail: team@deal-energy.com
Skype: lucas.volkinsfeld
ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

---

**From:** Nang Ngo <nngo@nalexenergy.com>
**Date:** 02/05/2022, 16.19
**To:** team@deal-energy.com <team@deal-energy.com>, Bunkers <Bunkers@nalexenergy.com>, operation@lauritzenbulkers.dk <operation@lauritzenbulkers.dk>, J. Lauritzen - Legal <legal@j-l.com>
**Subject:** RE: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi Lucas, confirmed seal #1191919 is the official sample from the BDN (attached). This sample has been segregated and will be picked up by Amspec shortly pending our further instructions.

Please note that we can only test this sample once you agree that results will be final and binding. We feel confident that the fuel is indeed on-spec and want to show that to owners for their information so they can confidently burn this fuel to next port of call and bring this claim to resolution. If the final and binding results come back off spec we will quickly coordinate to take the fuel off and resupply this vessel with on spec fuel and handle any related costs. Time is of the essence to mitigate any potential costs. Await yours.



Nang Ngo

nngo@nalexenergy.com
ICE: Nngo1
713.960.6656 OFFICE
832.461.7889 MOBILE

Nalex Energy, LLC
4265 San Felipe St. 1100
Houston, TX 77027

All offers are basis seller's GT&C's

**From:** Deal Energy Team <team@deal-energy.com>
**Sent:** Monday, May 2, 2022 9:00 AM
**To:** Nang Ngo <nngo@nalexenergy.com>; Bunkers <Bunkers@nalexenergy.com>
**Cc:** operation@lauritzenbulkers.dk; J. Lauritzen - Legal <legal@j-l.com>
**Subject:** Re: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi Nang,

Thank you for your swift reply and for the confirmation that pictures will be provided.

Owners have thus far not informed that they will be of the intention to send any representatives.

Please reconfirm #1191919 is a BDN sample number. Can you please forward the BDN?

Buyers will have to reserve their rights in respect of the sample test being final and binding, which we hope you will understand.

Please provide us with test results as soon as they become available.


Best regards

**Lucas Volkinsfeld**
Bunker Manager

**DeaL ENERGY A/S**

- As agents only

DeaL Energy A/S
15, Tuborg Havnevej • 2900 Hellerup • Denmark
Tel: + 45 3396 8027 • Mobile: + 45 2840 7653
E-mail: team@deal-energy.com
Skype: lucas.volkinsfeld
ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

---

**From:** Nang Ngo <nngo@nalexenergy.com>
**Sent:** 02-05-2022 15:36:12
**To:** team@deal-energy.com <team@deal-energy.com>,Bunkers <Bunkers@nalexenergy.com>
**Cc:** operation@lauritzenbulkers.dk <operation@lauritzenbulkers.dk>
**Subject:** RE: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Good Day Lucas, all below is well received.  We understand that we are on notice for costs related to supply of alleged off spec fuel, including delays/resupply etc if test of the official sample is confirmed off spec in our final and binding test.

Regarding your request for full ISO spec, please note per our discussion, that basis our GT&C's we will only test the parameter claimed to be off spec for final and binding analysis.  Please confirm that you agree to final and binding analysis of Al+Sil via AmSpec Lab, with no witness present (we will not have witness present either), photos to be provided of seal break before and after (Official Seal Sample #1191919).  Note that testing will take approx. 10 hours from your confirmation.

I have supplied COA for the tank that loaded barge 27735 along with analysis of barge 27735 after load for your reference.

Await yours.



Nang Ngo

nngo@nalexenergy.com
ICE: Nngo1
713.960.6656 OFFICE
832.461.7889 MOBILE

Nalex Energy, LLC
4265 San Felipe St. 1100
Houston, TX 77027

All offers are basis seller's GT&C's

---

**From:** Deal Energy Team <team@deal-energy.com>
**Sent:** Monday, May 2, 2022 6:24 AM
**To:** Nang Ngo <nngo@nalexenergy.com>; Bunkers <Bunkers@nalexenergy.com>
**Cc:** operation@lauritzenbulkers.dk
**Subject:** Re: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi Nang,

Further to below please be advised vessel is now slow steaming towards Freeport, Bahamas where we are looking into securing 260 mts VLSFO at market price, potentially having to wait due to avails - we cannot risk running the ship on the fuel which was supplied by you prior official testing has been done.

When will you expect the bunker sample to be tested and when are the results ready? Again, full ISO spec to be tested as per owners and our request.

Furthermore, please advise BDN sample seal no to be tested and that same is tested asap.

Finally, as vessel is on a voyage towards Europe(Rotterdam for orders) we need the above-mentioned bunkers in order to reach dis-port safely and complete subject voyage.

We have to put you on notice for time loss, additional bunkers to be bought and any other consequence with regards to have been supplied with the offspec bunkers (Catfines of 118 mg/kg).

Looking forward to receiving your comments to above asap.

All rights reserved.

Thank you.

Best regards

**Lucas Volkinsfeld**
Bunker Manager

**DeaL ENERGY A/S**

- As agents only

DeaL Energy A/S
15, Tuborg Havnevej • 2900 Hellerup • Denmark
Tel: + 45 3396 8027 • Mobile: + 45 2840 7653
E-mail: team@deal-energy.com
Skype: lucas.volkinsfeld
ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

---

**From:** J. Lauritzen A/S
**Sent:** 01-05-2022 21:03:12
**To:** nngo@nalexenergy.com,bunkers@nalexenergy.com
**Cc:** operation@lauritzenbulkers.dk
**Subject:** Re: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Dear Nang,

please note below received from Owners:

\*

Please confirm Amspec lab with ability of photographic witnessing of seal breaking. Owners do not plan to send any rep to be physically present. Please request to test fuel on main "fingerprint" parameters in addition to AL+SI to be able to verify if fuel in suppliers sample is of the same batch / origin of the ships.

Please revert with seal number of the intended sample to be tested. Same must match one listed in official BDN. **

Please revert to above.

Thank you.


Best regards

**Lucas Volkinsfeld**
Bunker Manager

**DeaL ENERGY A/S**

- As agents only

DeaL Energy A/S
15, Tuborg Havnevej • 2900 Hellerup • Denmark
Tel: + 45 3396 8027 • Mobile: + 45 2840 7653
E-mail: team@deal-energy.com
Skype: lucas.volkinsfeld
ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

---

**From:** J. Lauritzen A/S
**Sent:** 01-05-2022 08:16:31
**To:** nngo@nalexenergy.com,bunkers@nalexenergy.com
**Cc:** operation@lauritzenbulkers.dk
**Subject:** Re: Re: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi again,

We will be checking with owners about witness and get back asap with comments.

Tks.

Best regards

**Lucas Volkinsfeld**
Bunker Manager

**DeaL ENERGY A/S**

- As agents only

DeaL Energy A/S
15, Tuborg Havnevej • 2900 Hellerup • Denmark
Tel: + 45 3396 8027 • Mobile: + 45 2840 7653
E-mail: team@deal-energy.com
Skype: lucas.volkinsfeld
ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

**From:** Nang Ngo <nngo@nalexenergy.com>
**Date:** 01/05/2022, 01.52
**To:** team@deal-energy.com <team@deal-energy.com>, Bunkers <Bunkers@nalexenergy.com>, operation@lauritzenbulkers.dk <operation@lauritzenbulkers.dk>
**Subject:** Re: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Hi Lucas very surprised to hear this result as we have not had this issue with any other deliveries.  Please select from Amspec, Camin or Inspectorate for testing Al+Sil final and binding.  We will segregate the official samples and await your instructions. Also please advise if a witness is required or if pictures before and after of seal break will suffice.

-NN

> On Apr 30, 2022, at 5:03 PM, Deal Energy Team <team@deal-energy.com> wrote:
>
> Namg/Lucas,
>
> Attached please the test result from the bunkering at NOLA, showing catfines off by above 100 mg/kg.
>
> We hereby put you on notice for the off-spec bunkers supplied.
>
> Kindly revert with an suggestion of lab for urgent testing, as Vessels remaining bunker stock is very low.

Will await yours asap.

Do you have any locations in or around GOLA?

Vsl currentlt west of Florida.

Best regards

**Lucas Volkinsfeld**

Bunker Manager

DeaL ENERGY A/S

- As agents only

DeaL Energy A/S

15, Tuborg Havnevej • 2900 Hellerup • Denmark

Tel: + 45 3396 8027 • Mobile: + 45 2840 7653

E-mail: team@deal-energy.com

Skype: lucas.volkinsfeld

ICE: lucvolkinsfe

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

**From:** Lauritzen Bulkers A/S, CPH - Operations <operation@lauritzenbulkers.dk>

**Date:** 30/04/2022, 21.48

**To:** team@deal-energy.com

**Subject:** Fwd: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April 2022 - offspec fuel

Dear Team / Christian

Good day.

Re: MV Shanghai / Bunker Test

Kindly find forwarded email and attachment from Owners showing excess of Aluminium + Silicon in Fuel supplied in Miss River.

Best regards,

**Christian D. Lauritzen**

Intern • CPH Operations

**Lauritzen** Bulkers



J. Lauritzen A/S
15 Tuborg Havnevej • 2900 Hellerup • Denmark

Tel: + 45 3396 8326 • Mobile: + 45 5219 6489

Dept. E-mail: operation@lauritzenbulkers.dk

www.lauritzenbulkers.com

........................................................................

*The information contained in this message, including attachments, may be privileged and confidential and is intended for the use of the individual or entity to whom it is addressed.*

........................................................................

```
From: Hristina Nikolova SSY Postfix <postfix@ssy.co.uk>

Sent: 30/04/2022 21:24:47

To: Lauritzen Bulkers A/S, CPH - Operations
<operation@lauritzenbulkers.dk>

Subject: ***URGENT / MV SHANGHAI / LAURITZEN / CP - 14th April
2022 - offspec fuel
```

Dear Christian / Hristina

Good day,

Please note following received from owners:

+++

Please note charterers bunkers stemmed on 25/04/2022 at NOLA has been tested by head owners and has been found to be offspec (Aluminium + Silicon content Result 118 mg/kg against 60 mg/kg limit), owners technical department strongly protest use of this fuel and has determined it is too dangerous for transatlantic passage. Head owners therefore place charterers on notice for all cost/delays and request they arrange binding sample to be tested asap. In addition, please note the vessel does not have sufficient MGO / old good fuel to reach Rotterdam and has been instructed to drift off Florida until additional fuel is delivered and offspec fuel is debunkered to be able continue transatlantic passage.

+++

--------

Best regards,

Hristina Nikolova

Simpson | Spence | Young

Varna, Bulgaria

Mobile: +359 886 182075

E-mail: postfix@ssy.co.uk

--------

It is essential that all messages in respect of operations and/or postfixture be sent to the relevant email address (postfix@ssy.co.uk). We can accept no responsibility for delay or other consequences if messages are sent to any other email address within the company. Please ensure that all important operational/postfixture messages are followed up with a telephone call especially after office hours.

*Due to time difference please ensure that all important operational/postfixture messages are followed up with a telephone call especially after 1300 hrs New York time (UTC/GMT -4hours)*
--------

If you would like to unsubscribe from this communication please reply to this email with the word "Unsubscribe" added to the contents of the subject line.
You can view the Simpson Spence Young Privacy Policy at http://www.ssyonline.com/privacy-policy/
Part of the SIMPSON | SPENCE | YOUNG group of companies

Details of all SIMPSON | SPENCE | YOUNG group companies can be found at
http://www.ssyonline.com/registered-offices
The SIMPSON | SPENCE | YOUNG policy on international sanctions can be found at
http://www.ssyonline.com/sanctions