UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| Nalex Energy, LLC, | § | United States District Court |
|  | § | Southern District of Texas |
|  | § | **ENTERED** |
|  | § | August 05, 2022 |
|  | § | Nathan Ochsner, Clerk |
| *versus* | § | Civil Action 4:22−cv−01824 |
|  | § |  |
| Lauritzen Bulkers A/S, et al. | § |  |

## Order Resetting Conference

1. The pretrial conference has been reset to:

    September 9, 2022
    at 10:30 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on August 5, 2022, at Houston, Texas.

    Lynn N. Hughes   USDJ
    United States District Judge