**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

Nalex Energy, LLC,                          §

                                            §

*versus*                                    §        Civil Action 4:22−cv−01824

                                            §

Lauritzen Bulkers A/S, et al.               §

## Order Resetting Conference

1.    The pretrial conference has been reset to:

                        November 9, 2022
                          at 10:30 AM

2.    To ensure full notice, whoever receives this notice must confirm that every other
      party knows of the setting.

      Signed on September 9, 2022, at Houston, Texas.

                                            Lynn N. Hughes                        USDJ
                                       United States District Judge