**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Nalex Energy, LLC, | § | |
| | § | |
| *versus* | § | Civil Action 4:22-cv-01824 |
| | § | |
| Lauritzen Bulkers A/S, et al. | § | |

# Order Resetting Conference

1. The pretrial conference has been reset to:

    December 6, 2022
    at 10:30 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on November 8, 2022, at Houston, Texas.

    Lynn N. Hughes
    United States District Judge