# EXHIBIT B



# Report of Analysis

**Client:** **Lintec Testing Services Ltd.**
**Job Location:** Borco Terminal
**Vessel:** SHANGHAI
**Our Reference Number:** BA100-0009494
**Lab Reference Number:** 2022-BHMS-000178

**Client Reference Number:**
9220988

| Description | Method | Test | Result | Units |
|---|---|---|---|---|
| **FUEL OIL 25-Apr-2022** | **Shanghai - Vessel Manifold Continuous Drip Submitted Sample Sample Only** | | | |
| **2022-BHMS-000178-002** | IP 501 | Aluminium | 50 | mg/kg |
| | | Silicon | 52 | mg/kg |
| | | Aluminium + Silicon | 102 | mg/kg |

This report has been reviewed for accuracy, completeness, and comparison against specifications when available. The reported results are only representative of the samples submitted for testing. This report shall not be reproduced except in full without approval of the laboratory.

Signed: ______________________
Grahaem Rettie, Laboratory Manager

Date: 5 May, 2022





*BORCO Lab Building, W Sunrise Highway, P.O. Box F42428 Freeport, Grand Bahama Bahamas*
Tel.: +1 (242) 351-6474 Fax.: +1 (242) 351-2989 Email: bhms.ship@intertek.com