# EXHIBIT C

# Report of Analysis



**Client:** Lintec Testing Services Ltd.
**Job Location:** Borco Terminal
**Vessel:** SHANGHAI
**Our Reference Number:** BA100-0009494
**Lab Reference Number:** 2022-BHMS-000178

**Client Reference Number:**
9220988

| Description | Method | Test | Result | Units | Spec Limit |
|---|---|---|---|---|---|
| **FUEL OIL   07-May-2022** | **SHANGHAI Resample Composite** | | | | |
| 2022-BHMS-000178-009 | ASTM D7042 | Kinematic Viscosity @ 50°C | 40.19 | cSt | Max 380 |
| | ASTM D4052 | Density @ 15°C | 899.8 | kg/m³ | Max 991.0 |
| | | API Gravity at 60 deg F | 20.4 | °API | Min 11.3 |
| | ISO 8217 F | CCAI | 789.5 | | Max 870.0 |
| | ASTM D4294 | Sulfur Content | 0.500 | Wt % | |
| | ASTM D93 | Procedure Used | B | | |
| | | Corrected Flash Point | 108.0 | °C | Min 60.0 |
| | IP 570 | Hydrogen Sulfide Content | <0.40 | mg/kg | Max 2.00 |
| | ASTM D664 | Acid Number | 0.25 | mg KOH/g | Max 2.50 |
| | ASTM D4870-X1 | Accelerated Total Sediment (Procedure B) | 0.10 | %(m/m) | Max 0.10 |
| | ASTM D4530 | Average Micro Method Carbon Residue | 3.30 | Wt % | Max 18.0 |
| | ASTM D97 | Pour Point | 30 | °C | Max 30 |
| | ASTM D95 | Water Content | 0.20 | Vol % | Max 0.50 |
| | ASTM D482 | Ash | 0.023 | Wt % | Max 0.100 |
| | IP 501 | Vanadium | 7 | mg/kg | Max 350 |
| | | Sodium | 61 | mg/kg | Max 100 |
| | | Aluminium | 49 | mg/kg | |
| | | Silicon | 50 | mg/kg | |
| | | Aluminium + Silicon | 99 | mg/kg | Max 60 |
| | | Calcium | 27 | mg/kg | Max 30 |
| | | Zinc | 16 | mg/kg | Max 15 |
| | | Phosphorus | 8 | mg/kg | Max 15 |

This report has been reviewed for accuracy, completeness, and comparison against specifications when available.  The reported results are only representative of the samples submitted for testing.  This report shall not be reproduced except in full without approval of the laboratory.

Signed: *Edwin Martinborough*
Intertek

Date: May 8th, 2022



Page 1 of 1
4507088

BORCO Lab Building, W Sunrise Highway, P.O. Box F42428 Freeport, Grand Bahama Bahamas
Tel.: +1 (242) 351-6474 Fax.: +1 (242) 351-2989 Email: bhms.ship@intertek.com

08-May-2022   0:43
BA100-0009494