# EXHIBIT D





*1107 Center Street, Pasadena, TX 77506*
*Tel: (832)-900-7010   Fax: (832)-834-5549*
*www.nmkresources.com*

ISO/IEC 17025:2017 Certificate No.:L17-215

**CERTIFICATE OF ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Sample Source** | Submitted Sealed Sample-Vessel Shanghai | | File No.: | 004-22-00980 |
| **Movement Type:** | Submitted for testing & Witnessing | | Sample ID: | P2210-0097 |
| **Client:** | Lauritzen Bulkers A/S | | Date Sampled: | 10/11/2022 12.00 |
| **Location:** | Submitted via Courier | | Date Reported: | 10/12/22 |
| **Product:** | VLSFO | | Client Reference: | Seal#0153995 |

| TEST | METHOD | UNIT | RESULT | MIN | MAX |
|---|---|---|---|---|---|
| **API Gravity** | D-4052 | API @ 60°F | 20.4 | 11.2 | |
| **Density** | D-4052 | Kg/m³ @15°C | 931.1 | | 991.0 |
| **Viscosity, Kinematic** | D-445 | CST @ 50°C | 43.45 | | 380.0 |
| **Sulfur** | D-4294 | weight% | 0.479 | | 0.500 |
| **Pour Point** | D-97 | °C/°F | 24 / 75 | | 30/ 86 |
| **Flash Point** | D-93B | °C/°F | 106 / 223 | 60 / 140 | |
| **Water by Distillation** | D-95 | volume% | <0.05 | | 0.50 |
| **Ash** | D-482 | weight% | 0.018 | | 0.100 |
| **TSA** | D-4870 | weight% | 0.04 | | 0.10 |
| **TSP** | D-4870 | weight% | 0.06 | | 0.10 |
| **Micro Carbon Residue** | D-4530 | weight% | 3.09 | | 18.00 |
| **Vanadium** | IP-501 | PPM | 5 | | 350 |
| **Sodium** | IP-501 | PPM | 16 | | 100 |
| **Aluminum** | IP-501 | PPM | 14 | | |
| **Silicon** | IP-501 | PPM | 17 | | |
| **Aluminum+Silicon** | Calculation | PPM | 31 | | 60 |
| **Calcium** | IP-501 | PPM | 17 | | 30 |
| **Zinc** | IP-501 | PPM | 5 | | 15 |
| **Phosphorus** | IP-501 | PPM | 5 | | 15 |
| **Nickel** | IP-501 | PPM | 7 | | |
| **Total Acid #** | D-664 | mg KOH/g | 0.21 | | 2.5 |
| **CCAI** | ISO-8217 | Index | 820 | | 870 |

*A.Elchazli*
*NMK Respresentative*

**RESULTS ARE VALID "AS AT" DATE AND LOCATION LISTED**