UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2022
Nathan Ochsner, Clerk

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-01824 |
|---|---|---|---|

| Nalex Energy, LLC |
|---|
| *versus* |
| Lauritzen Bulkers A/S, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kirk M. Lyons<br>Lyons & Flood, LLC<br>111 Great Neck Road<br>Great Neck, NY 11021<br>(212) 594-2400<br>NY 1995612<br>SDNY no number required |
|---|---|

| Name of party applicant seeks to appear for: | Lauritzen Bulkers A/S |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/8/2022 | Signed: *Kirk M. Lyons* |
|---|---|

| The state bar reports that the applicant's status is: active . |
|---|
| Dated: 11·21·2022    Clerk's signature *[signature]* |

### Order

Dated: 11·21·2022

This lawyer is admitted *pro hac vice*.

_____
United States District Judge