UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Nalex Energy, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-22-1824 |
| Lauritzen Bulkers A/S, *et al.*, | | |
| Defendants. | | |

## Case Management Order

1. Kirby Inland Marine LP's motion to dismiss the third-party complaint filed by Lauritzen Bulkers A/S has been superseded and is terminated. (30)

2. By February 28, 2023, Laritzen Bulkers may respond to Kirby's February 7, 2023 amended motion to dismiss.

3. By March 8, 2023, Kirby may filed its reply in support of its amended motion to dismiss.

4. By March 10, 2023, the parties must jointly report to the Court the status of the case, including short summaries of pending motions, and concrete and detailed next steps to advance the litigation.

Signed on February 9, 2023, at Houston, Texas.

                                          Lynn N. Hughes
                                   United States District Judge