UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Nalex Energy, LLC | § § | |
| *versus* | § § | Case Number: 4:22−cv−01824 |
| Lauritzen Bulkers A/S, et al. | § § | |

## Notice of Reassignment

    Pursuant to General Order No. 2023−3, this case is reassigned to the docket of United States District Judge Drew B Tipton. Deadlines in scheduling orders remain in effect.

Date: February 13, 2023

Nathan Ochsner, Clerk